## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**WILLIAM G. WILKUS,**

    Petitioner,

vs.                                     **CASE NO. 1:09CV191-MMP/AK**

**WALTER MCNEIL,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by William G. Wilkus. Petitioner has not paid the filing fee or filed a motion for IFP. At the time this proceeding was instituted, Petitioner was incarcerated at Lowell Correctional Institution, which is located within the Middle District of Florida. He challenges his conviction out of the Circuit Court of Marion County, Florida, which is located in the Middle District of Florida. Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction. 28 U.S.C. § 2241(d). Because there is no connection to this District, transfer is mandated.

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **5th** day of October, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**