IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM G WILKUS,

    Petitioner,

v.                                            CASE NO. 1:09-cv-00191-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation regarding the Petition for Writ of Habeas Corpus filed by William G. Wilkus, Doc. 1. At the time this proceeding was instituted, Petitioner was incarcerated at Lowell Correctional Institution, which is located in the Middle District of Florida. He challenges his conviction out of the Circuit Court of Marion County, Florida, which is located in the Middle District of Florida. Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction. 28 U.S.C.A. § 2241(d). Because there is no connection to this District, transfer is mandated. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

    2.     This case is hereby TRANSFERRED to the Middle District of Florida.

    **DONE AND ORDERED** this  *4th* day of November, 2009



                                            Maurice M. Paul, Senior District Judge